**HYDEE FELDSTEIN SOTO,** City Attorney (SBN 106866x)
**DENISE MILLS,** Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**SHANT TASLAKIAN,** Deputy City Attorney (SBN 272485)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: Phone No.: (213) 978-6900; Fax: (213) 978-8785
Email: shant.taslakian.org

*Attorneys for Defendants*, **LOS ANGELES POLICE DEPARTMENT**, **CITY OF LOS ANGELES, and VICTOR SOLORIO**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA CORUGEDO<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES POLICE DEPARTMENT, a public entity; CITY OF LOS ANGELES, a public entity; VICTOR SOLORIO, an individual; and DOES 1 to 10, individuals<br><br>Defendants. | **CASE NO. 2:26-cv-06555-HDV-CTS**<br>Hon. Hernan D. Vera, Crtrm. 5B<br>Magistrate: Hon. Christina T. Shay, Crtrm 550<br><br>**DEFENDANTS LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, AND VICTOR SOLORIO'S ANSWER TO PLAINTIFF CLAUDIA CORUGEDO'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

DEFENDANTS LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and VICTOR SOLORIO answering the Plaintiff's Complaint for Damages for themselves and for no other parties, admits, denies and alleges as follows:

## INTRODUCTION

1. Answering paragraph 1, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

2. Answering paragraph 2, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

3. Answering paragraph 3, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

4. Answering paragraph 4, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5. Answering paragraph 5, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6. Answering paragraph 6, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## JURISDICTION AND VENUE

7. Answering paragraph 7, Defendants admit that this court has jurisdiction over the claims alleged in this matter and as to the remainder of the paragraph as phrased, Defendants lack sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis deny the allegations.

8. Answering paragraph 8, Defendants admit venue is proper regarding the federal causes of action, and as to the remainder of the paragraph as phrased, Defendants lack sufficient information and belief upon which to answer the factual allegations

contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10. Answering paragraph 10, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**PARTIES**

11. Answering paragraph 11, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12. Answering paragraph 12, Defendants admit that the LOS ANGELES POLICE DEPARTMENT is a public entity; as to the remainder, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13. Answering paragraph 13, Defendants admit that the CITY OF LOS ANGELES is a public entity; as to the remainder, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

14. Answering paragraph 14, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15. Answering paragraph 15, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16. Answering paragraph 16, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the

allegations.

17. Answering paragraph 17, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

18. Answering paragraph 18, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19. Answering paragraph 19, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

20. Answering paragraph 20, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FACTUAL ALLEGATIONS

21. Answering paragraph 21, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

22. Answering paragraph 22, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23. Answering paragraph 23, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24. Answering paragraph 24, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25. Answering paragraph 25, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

26. Answering paragraph 26, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27. Answering paragraph 27, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28. Answering paragraph 28, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

29. Answering paragraph 29, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30. Answering paragraph 30, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31. Answering paragraph 31, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32. Answering paragraph 32, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33. Answering paragraph 33, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34. Answering paragraph 34, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the

allegations.

35. Answering paragraph 35, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36. Answering paragraph 36, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

37. Answering paragraph 37, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

38. Answering paragraph 38, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39. Answering paragraph 39, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40. Answering paragraph 40, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST CLAIM FOR RELIEF

**Fourth Amendment Violation—Excessive Force (42 USC § 1983)**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants VICTOR SOLORIO and DOES 1 through 10**

41. Answering paragraph 41, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers provided herein to those paragraphs.

42. Answering paragraph 42, to the extent that this paragraph asserts legal

conclusions, no answer is required.

43. Answering paragraph 43, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44. Answering paragraph 44, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

45. Answering paragraph 45, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

46. Answering paragraph 46, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

47. Answering paragraph 47, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48. Answering paragraph 48, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49. Answering paragraph 49, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50. Answering paragraph 50, Defendant VICTOR SOLORIO lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

**SECOND CLAIM FOR RELIEF**

**Municipal Liability – Monell (42 U.S.C. § 1983)**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants LOS ANGELES POLICE DEPARTMENT and CITY OF LOS ANGELES**

51. Answering paragraph 51, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers provided herein to those paragraphs.

52. Answering paragraph 52, to the extent that this paragraph asserts legal conclusions, no answer is required.

53. Answering paragraph 53, to the extent that this paragraph asserts legal conclusions, no answer is required.

54. Answering paragraph 54, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

55. Answering paragraph 55, (a. – k.), Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

56. Answering paragraph 56, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57. Answering paragraph 57, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58. Answering paragraph 58, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59. Answering paragraph 59, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

60. Answering paragraph 60, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

61. Answering paragraph 61, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**THIRD CLAIM FOR RELIEF**

**Negligence**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants CITY OF LOS ANGELES, VICTOR SOLORIO, and DOES 1 through 10**

62. Answering paragraph 62, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers provided herein to those paragraphs.

63. Answering paragraph 63, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64. Answering paragraph 64, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65. Answering paragraph 65, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

66. Answering paragraph 66, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the

allegations.

67. Answering paragraph 67, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68. Answering paragraph 68, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

69. Answering paragraph 69, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70. Answering paragraph 70, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71. Answering paragraph 71, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72. Answering paragraph 72, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FOURTH CLAIM FOR RELIEF

**Battery by Peace Officer**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants CITY OF LOS ANGELES, VICTOR SOLORIO, and DOES 1 through 10**

73. Answering paragraph 73, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers provided herein to those paragraphs.

74. Answering paragraph 74, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

75. Answering paragraph 75, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76. Answering paragraph 76, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

77. Answering paragraph 77, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

78. Answering paragraph 78, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79. Answering paragraph 79, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80. Answering paragraph 80, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81. Answering paragraph 81, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

**<u>FIFTH CLAIM FOR RELIEF</u>**

**Violation of the Ralph Civil Rights Act**

**(Cal. Civ. Code § 51.7)**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants CITY OF LOS ANGELES, VICTOR SOLORIO, and DOES 1 through 10**

82. Answering paragraph 82, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers provided herein to those paragraphs.

83. Answering paragraph 83, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

84. Answering paragraph 84, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

85. Answering paragraph 85, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86. Answering paragraph 86, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87. Answering paragraph 87, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88. Answering paragraph 88, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89. Answering paragraph 89, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

90. Answering paragraph 90, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91. Answering paragraph 91, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**SIXTH CLAIM FOR RELIEF**

**Violation of the Tom Bane Civil Rights Act**

**(Cal. Civ. Code § 52.1)**

**By Plaintiff CLAUDIA CORUGEDO**

**Against Defendants CITY OF LOS ANGELES, VICTOR SOLORIO, and DOES 1 through 10**

92. Answering paragraph 92, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendants, to the same extent, incorporate by reference the answers provided herein to those paragraphs.

93. Answering paragraph 93, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

94. Answering paragraph 94, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

95. Answering paragraph 95, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

96. Answering paragraph 96, Defendants lack sufficient information and belief

upon which to answer the allegations contained therein, and on that basis denies the allegations.

97. Answering paragraph 97, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

98. Answering paragraph 98, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

99. Answering paragraph 99, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100. Answering paragraph 100, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

101. Answering paragraph 101, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

102. Answering paragraph 102, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, defendant alleges each of the following:

## FIRST AFFIRMATIVE DEFENSES

The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be

reduced in proportion to the amount of said negligence.

## SECOND AFFIRMATIVE DEFENSES

The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRD AFFIRMATIVE DEFENSES

Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

## FOURTH AFFIRMATIVE DEFENSES

The force used against plaintiff, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary **for self-defense.**

## FIFTH AFFIRMATIVE DEFENSES

Defendants' actions were necessitated by exigent circumstances and Defendant's actions are privileged.

## SIXTH AFFIRMATIVE DEFENSES

The force used against Plaintiff, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

## SEVENTH AFFIRMATIVE DEFENSES

The claims are barred by the statute of limitations set forth in California Code of Civil Procedure ' 340(3) and Government Code §945.6.

## EIGHTH AFFIRMATIVE DEFENSES

The action is barred for lack of standing to sue.

**NINTH AFFIRMATIVE DEFENSES**

The action is barred by the doctrine of res judicata.

**TENTH AFFIRMATIVE DEFENSES**

Plaintiff failed to mitigate his/her/their damages.

**ELEVENTH AFFIRMATIVE DEFENSES**

As to the federal claims and theories of recovery, the answering defendant is protected from liability under the doctrine of qualified immunity, because defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**TWELFTH AFFIRMATIVE DEFENSES**

The answering defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to Smiddy v. Varney, 803 F.2d 1469 (9th Cir. 1986), and Jackson v. City of San Diego, 121 Cal.App.3d 579 (1981).

**THIRTEENTH AFFIRMATIVE DEFENSES**

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

**FOURTEENTH AFFIRMATIVE DEFENSES**

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code ' 910 et seq., including, but not limited to, the following statutes: C.C.P. sections 335.1 and 340(c); Gov. Code sections 911.2, 911.4, and 945.6.

**FIFTEENTH AFFIRMATIVE DEFENSES**

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code: 815.2, 818, 818.2, 820.2, 820.4, 820.8, 821, 821.4, 821.6, 821.8, 822.2, 844.6, 845, 845.2, and 845.6;

Civil Code: 3333.3

Penal Code: 836.5 and 847

Health and Safety Code: 1799.106/107

Vehicle Code: 17004.7

**PRAYER FOR RELIEF**

**WHEREFORE**, Defendants pray for judgment as follows:

1. That plaintiff takes nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;
4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. 1988.

Dated: July 22, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE MILLS,** Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ *Shant G. Taslakian*
**SHANT G. TASLAKIAN**
Deputy City Attorney
Attorneys for Defendants, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and VICTOR SOLORIO

**DEMAND FOR JURY TRIAL**

Defendants, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and VICTOR SOLORIO demand and request a trial by jury in this matter.

Dated: July 22, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE MILLS,** Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ *Shant G. Taslakian*
**SHANT G. TASLAKIAN**
Deputy City Attorney
Attorneys for Defendants, LOS ANGELES POLICE DEPARTMENT, CITY OF LOS ANGELES, and VICTOR SOLORIO